**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmbcourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| CORE CONSTRUCTION & DEVELOPMENT, INC., | Case No.: 8:23-bk-03935-CPM |
| Debtor. _____/ | |
| CORE CONSTRUCTION & DEVELOPMENT, INC., and GREGORY LEE, | Adv. Pro. No.: 8:23-ap-00131-CPM |
| Plaintiffs, v. | |
| FERGUSON ENTERPRISES, LLC, d/b/a FERGUSON WATERWORKS, | |
| Defendant. _____/ | |

**EXPEDITED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

**COMES NOW** CORE CONSTRUCTION & DEVELOPMENT, INC. ("**Debtor**"), by and through its undersigned attorney, and files this, its *Expedited Motion for Preliminary Injunctive Relief* seeking a temporary restraining order, and in support thereof states as follows:

**I.    Background**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(b).  This is a core matter with this Court's exclusive jurisdiction pursuant to 28 U.S.C. §157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §1409.

2. The statutory predicates for the relief sought herein are 11 U.S.C. §105(a) and Rules 7001 and 7065.

3. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code, in the Middle District of Florida, Tampa Division, on September 7, 2023, and is continuing to operate its business and manage its financial affairs as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code and is subject to the jurisdiction of this Court.

4. The Debtor is indebted to the Defendant in the approximate amount of $399,681.41 (the "**Ferguson Debt**").

5. The principal of the Debtor, Gregory Lee ("**Lee**"), has personally guaranteed the Ferguson Debt.

6. On August 16, 2023, the Defendant filed a lawsuit against the Debtor in the Fifth Judicial Circuit in Sumter County, Florida styled *Ferguson Enterprises, LLC, d/b/a Ferguson Waterworks v. Argonaut Insurance Company, Core Construction and Development, Inc., and Gregory Lee, individually* ("**Ferguson Lawsuit**") to collect on the Ferguson Debt.

## II. Relief Requested

7. The Debtor filed the instant bankruptcy proceeding to restructure its obligations to its various creditors, including the Ferguson Debt.

8. Although it appears that Defendant has ceased attempting to collect the Ferguson Debt from the Debtor, it is still proceeding against Lee based upon his personal guaranty.

9. Lee is active in the management and operations of the Debtor and is currently involved in formulating a confirmable plan of reorganization.

10. The Debtor has a substantial likelihood of success with respect to formulating and achieving confirmation of a plan of reorganization.

11. Unless the Ferguson Lawsuit is stayed, the Debtor will suffer irreparable harm in that: (1) Lee will be required to spend substantial time, energy, and personal financial resources

defending the Ferguson Lawsuit, thereby diverting his time and efforts from the Debtor's reorganization; and (2) a judgment in the Ferguson Lawsuit will negatively impact the Debtor because a judgment against Lee will, in effect, be a judgment or finding against the Debtor.

12. A temporary stay of the Ferguson Lawsuit pending confirmation will not cause significant prejudice to Ferguson.

13. The public interest would be served by the staying of the Ferguson Lawsuit pending confirmation because reorganization is preferable to liquidation.

14. Until the expiration of the injunction requested above, Lee will not transfer, conceal, dissipate, or encumber non-exempt assets outside the ordinary course of business. Lee will only utilize his personal assets to operate the Debtor and to support his household.

**WHEREFORE** CORE CONSTRUCTION & DEVELOPMENT, INC. respectfully requests this Honorable Court: (1) grant the instant motion; (2) enjoin Ferguson from proceeding with collection activities against Lee; and (3) for such other and further relief as this Court shall deem appropriate.

BUDDY D. FORD, P.A.,

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: Jonathan@tampaesq.com
Heather M. Reel, Esquire (FBN: 0100357)
Email: *Heather@tampaesq.com*
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: All@tampaesq.com
Attorney for the Plaintiffs

## **CERTIFICATE OF SERVICE**.

**I HEREBY CERTIFY** that on this 22nd day of September 2023, a true and correct copy of the foregoing was sent by

■ Certified U.S. Mail to:

Ferguson Enterprises, LLC, c/o Corporate Creations Network Inc., as Registered Agent, 801 US Highway 1, North Palm Beach, FL 33408

Ferguson Enterprises, LLC, 751 Lakefront Cmns, Newport News, VA, 23606 – 3322; and

Thompson Commercial Law Group, 615 W De Leon Street, Tampa, FL 33606;

and by ■ Regular U.S. Mail to:

Core Construction and Development, Inc., 4511 West Melrose Ave., Tampa, FL 33629, and 3472 Research Parkway #104, PMB #621, Colorado Springs, CO 80920.

    /s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com